BETHANY MARINA TOWNHOUSES,
PHASE II CONDOMINIUMS, INC.,
Petitioner Below, Appellant,

v.

BMIG, LLC, Respondent
Below, Appellee.

No. 2, 2017

Supreme Court of Delaware.

Submitted: September 20, 2017
Decided: October 10, 2017

Court Below: Superior Court of the
State of Delaware, C.A. No. S15–C–01–019

AFFIRMED. REVERSED.